No. 17, original. UNITED STATES *v.* MINNESOTA. May 24, 1926. Final decree entered. See 270 U. S. 181.

---

No. —, original. EX PARTE NORMAN T. WHITAKER. May 24, 1926. Motion for leave to file petition for writ of mandamus or certiorari herein is denied. *Mr. Norman T. Whitaker, pro se.*

---

No. —, original. EX PARTE HUGH H. NEWELL. May 24, 1926. Motion for leave to file petition for writ of habeas corpus is denied. *Mr. Hugh H. Newell, pro se.*